**STIP**
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
400 N. Stephanie St, Suite 160
Henderson, Nevada  89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON BURNS as Next Friend to LDT a Minor Child, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SAHARA HOPSITALITY, LLC,     a Nevada Limited Liability Company, dba Holiday Inn Express, 8669 WEST SAHARA AVE., LAS VEGAS, NV 89117, <br><br> Defendant. | CASE NO.  2:10-CV-01255-GMN-(LRL) <br><br> Honorable Gloria M. Navarro <br><br> **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ALLISON BURNS as Next Friend to LDT, a Minor Child, and Defendant SAHARA HOSPITALITY, LLC, dba HOLIDAY INN EXPRESS (THE "STIPULATING PARTIES"), by and through their respective counsel of record, that, pursuant to a Confidential Settlement Agreement entered into by the Stipulating Parties, all claims against them, including without limitation, claims, cross-claims, counterclaims, and third-party claims that were brought or could have been brought by and among the Stipulating Parties, shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

HOWARD KIM & ASSOCIATES
400 N. STEPHANIE ST., SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

A Scheduling Order was filed on January 11, 2011, which set the discovery deadline in this case as July 22, 2011.   The parties had not yet begun formal discovery.  Trial has not been set for the above-captioned matter.

Respectfully submitted:

| | |
|---|---|
| DATED this 7th day of March, 2011. | DATED 8th day of March, 2011. |
| DAVID OTTO & AFFILIATES, PC | HOWARD KIM & ASSOCIATES |
| By: _____/s/David J. Otto_____<br>DAVID J. OTTO, ESQ.<br>Nevada Bar #5449<br>2300 Sahara Ave, Suite 800<br>Las Vegas, Nevada 89102<br>davidottolaw@yahoo.com<br>Telephone: (702) 379-6540<br>Facsimile: (702) 629-7929<br>*Attorneys for Plaintiffs* | By: /s/Jacqueline A. Gilbert<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>jackie@hkimlaw.com<br>400 N. Stephanie St, Suite 160<br>Henderson, Nevada 89014<br>Telephone: (702) 485-3300<br>Facsimile: (702) 485-3301<br>*Attorneys for Defendant* |

**IT IS SO ORDERED** this 10th day of March, 2011.

_____

Gloria M. Navarro
United States District Judge

HOWARD KIM & ASSOCIATES
400 N. STEPHANIE ST.  SUITE 100
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301